AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TRAXLER, Jr., William B. | U.S. Court of Appeals, Fourth Circuit | 05/04/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge (Active) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 300 E. Washington Street, Suite 222 <br> Greenville, SC 29601 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting professor | Charleston School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 05/00/92 | State of S.C. Circuit Judge Retirement benefit (see III.A.1) |
| 2. | | |
| 3. | | |

**Traxler Jr., William B.**

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/04/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | State of S.C. Circuit Judge Retirement benefit | $68,191.32 |
| 2. 2010 | Charleston School of Law - teaching | $2,207.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Greenville TEC - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Charleston School of Law | 2/21/10 - 2/22/10 | Charleston, South Carolina | Teaching at law school | Hotel, meals, mileage |
| 2. | University of North Carolina at Chapel Hill-School of Law | 2/26/10 - 2/28/10 | Chapel Hill, North Carolina | Judging moot court competition | Hotel, meals, mileage |
| 3. | Charleston School of Law | 11/4/10 - 11/5/10 | Charleston, South Carolina | Seminar at law school | Hotel, meals, mileage |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/04/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank | Student Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Greenville County, S.C. | | None | M | W | | | | | |
| 2. | (2) Leon County, Fla. | | None | M | W | | | | | |
| 3. | (3) Leon County, Fla., 1/5 interest | | None | K | W | | | | | |
| 4. | Sonoco stock (common) | A | Dividend | J | T | | | | | |
| 5. | Palmetto Bank | A | Interest | J | T | | | | | |
| 6. | Washington Mutual Investors Fund IRA | A | Dividend | K | T | | | | | |
| 7. | Motorola stock (common) | | None | J | T | | | | | |
| 8. | McDonalds stock (common) | A | Dividend | J | T | | | | | |
| 9. | Kellogg's stock (common) | A | Dividend | J | T | | | | | |
| 10. | RPM stock (common) | A | Dividend | J | T | | | | | |
| 11. | Sun Trust stock (common)` | A | Dividend | J | T | | | | | |
| 12. | Trust #1 | B | Rent | L | W | | | | | |
| 13. | --Wachovia National Bank accounts | | | | | | | | | |
| 14. | --Greenville County, SC | | | | | | | | | |
| 15. | Carolina First Bank accounts | A | Interest | K | T | | | | | |
| 16. | Vanguard Growth & Income Portfolio | A | Dividend | J | T | | | | | |
| 17. | Growth Fund of America IRA | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  New Perspective Fund IRA | A | Dividend | K | T | | | | | |
| 19.  First Citizens Bank accounts | C | Interest | N | T | | | | | |
| 20.  Ameritrade IRA | A | Dividend | J | T | | | | | |
| 21.  --MIPS Technologies stock (common) | | | | | | | | | |
| 22.  --Honeywell stock (common) | | | | | | | | | |
| 23.  --Applied Materials stock (common) | | | | | | | | | |
| 24.  --Texas Instrument stock (common) | | | | | | | | | |
| 25.  Honeywell stock (common) (Y) | | | | | | | | | |
| 26.  BB&T stock (common) | A | Dividend | J | T | | | | | |
| 27.  Home Depot stock (common) | A | Dividend | J | T | | | | | |
| 28.  Pfizer stock (common) | A | Dividend | J | T | | | | | |
| 29.  Liberty Life -- whole life insurance policies | A | Interest | J | T | | | | | |
| 30.  Protective Life -- whole life insurance policy | A | Interest | J | T | | | | | |
| 31.  Jefferson National Life -- whole life insurance policy | A | Interest | J | T | | | | | |
| 32.  Conagra stock (common) | A | Dividend | J | T | | | | | |
| 33.  Piedmont Natural Gas stock (common) | A | Dividend | J | T | | | | | |
| 34.  Regions Financial Corp. stock (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Jefferson County, Florida 1/4 interest | B | Rent | N | W | | | | | |
| 36. South Carolina Bank & Trust accounts | B | Interest | M | T | | | | | |
| 37. Independence Bank account | A | Interest | K | T | | | | | |
| 38. Monsanto stock (common) | A | Dividend | J | T | | | | | |
| 39. Pfizer stock (common) | A | Dividend | J | T | | | | | |
| 40. Hilliard Lyons Govt. Fund Inc. | A | Interest | J | T | | | | | |
| 41. Putnam Tax Free Mutual Fund | A | Interest | J | T | | | | | |
| 42. SCANA stock (common) | A | Dividend | J | T | | | | | |
| 43. First Savers Bank accounts | A | Interest | K | T | | | | | |
| 44. Savannah River Bank account | A | Interest | L | T | | | | | |
| 45. SPY Fund | A | Dividend | J | T | | | | | |
| 46. Community South Bank account | A | Interest | | | Closed | 03/09/10 | L | | |
| 47. First South Bank account | B | Interest | K | T | | | | | |
| 48. RBC Bank account-USA | | None | K | T | | | | | |
| 49. Antigonish County, Nova Scotia, Canada | | None | M | T | | | | | |
| 50. RBC Bank account-Canada | | None | K | T | Open | 04/15/10 | J | | |
| 51. NBSC Bank account | C | Interest | M | T | Open | 01/22/10 | M | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/04/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Parts II and III.A. 1 -- I am eligible for a lifetime monthly retirement benefit of approximately 18/24 of 71.3% of the salary of a Circuit Judge of South Carolina. Payment began when I turned 55 years of age on May 1, 2003.

In Part VII, #6, #17, and #18--The company or fund family that sponsors these funds is American Funds.

In Part VII, #12 -- No distribution was made from the trust to me in 2010. The ranges provided represent aggregate totals for the trust.

In Part VII, #40 -- The company or fund family is Hilliard Lyons.

In Part VII, #41 -- The company or fund family is Putnam Investments.

In Part VII, #45 -- This is an exchange traded fund. The fund family is SPDR Trust Series 1.

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B. | 05/04/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ William B. TRAXLER, Jr.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544